**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCHAND WOMACK and
TAI GREER,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE DEPARTMENT,
and DOES 1-20, inclusive,

        Defendants.
_____/

No. C 11-02455 JSW
No. C 11-02457 JSW

**ORDER OF REFERRAL TO
MAGISTRATE JUDGE FOR
SETTLEMENT CONFERENCE**

      Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of a settlement conference, to be completed, if possible, by no later than December 27, 2011.

**IT IS SO ORDERED.**

Dated: August 29, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk