DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:      (415) 554-3837
E-Mail:          margaret.baumgartner@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHAND WOMACK,<br><br>       Plaintiff,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, and Does 1 to 20, inclusive,<br><br>       Defendants. | Case No. C11-02455 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES** |
| TAI GREER,<br><br>       Plaintiff,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT,<br><br>       Defendants. | Case No. C11-02455 JSW |

///

///

///

1  The parties, through their counsel of record, hereby stipulate to the consolidation of *Womack v.
2  City and County of San Francisco*, U.S.D.C. Case No. C11-02455 JSW, and *Greer v. City and County
3  of San Francisco*, U.S.D.C. Case No. C11-02457 JSW. These matters have been related and are both
4  pending before the same judge. Both arise out of the same set of facts and circumstances and involve
5  similar questions of law. It would serve the interest of judicial economy to consolidate the matters for
6  all purposes.

7  SO STIPULATED.

8  Dated: September 1, 2011         DENNIS J. HERRERA
                                     City Attorney
9                                    JOANNE HOEPER
                                     Chief Trial Deputy
10                                   MARGARET W. BAUMGARTNER
                                     Deputy City Attorney
11
12                                   By:           /s/
                                     MARGARET W. BAUMGARTNER
13                                   Attorneys for Defendant
                                     CITY AND COUNTY OF SAN FRANCISCO
14

15  Dated: September 1, 2011         THE LAW OFFICE OF PAUL R. TURLEY

16                                   By:           /s/
                                     PAUL R. TURLEY
17                                   Attorneys for Plaintiffs
                                     MARCHAND WOMACK and TAI GREER
18

19
20
21                              **ORDER CONSOLIDATING CASES**

22  For good cause it is hereby ORDERED that *Womack v. City and County of San Francisco*,
23  U.S.D.C. Case No. C11-02455 JSW, and *Greer v. City and County of San Francisco*, U.S.D.C. Case
24  No. C11-02457 JSW be consolidated for all purposes. All filings shall be made in the low-numbered consolidated matter, C 11-02455 JSW.

25  Dated: September 1, 2011
26                                   _____
                                     HONORABLE JEFFREY S. WHITE
27                                   UNITED STATES DISTRICT COURT
28