1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
3   MARGARET W. BAUMGARTNER, State Bar #151762
    BRADLEY A. RUSSI, State Bar #256993
4   Deputy City Attorneys
    Fox Plaza
5   1390 Market Street, Sixth Floor
    San Francisco, California 94102-5408
6   Telephone:      (415) 554-3859
    Facsimile:      (415) 554-3837
7   E-Mail:         margaret.baumgartner@sfgov.org

8
    Attorneys for Defendant
9   CITY AND COUNTY OF SAN FRANCISCO

10

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| MARCHAND WOMACK, | Case No. C11-02455 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, and Does 1 to 20, inclusive, | |
| Defendants. | |
| TAI GREER, | Case No. C11-02455 JSW |
| Plaintiff, | |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, | |
| Defendants. | |

26   ///

27   ///

28   ///

Stip and Order re Consolidation                    1                    n:\lit\li2011\111356\00722054.doc
Womack/Greer, Case Nos. C11-02457 & -02455 JSW

1    The parties, through their counsel of record, hereby stipulate to the consolidation of *Womack v.*

2  *City and County of San Francisco*, U.S.D.C. Case No. C11-02455 JSW, and *Greer v. City and County*

3  *of San Francisco*, U.S.D.C. Case No. C11-02457 JSW.  These matters have been related and are both

4  pending before the same judge.  Both arise out of the same set of facts and circumstances and involve

5  similar questions of law.  It would serve the interest of judicial economy to consolidate the matters for

6  all purposes.

7        SO STIPULATED.

8  Dated:  September 1, 2011                    DENNIS J. HERRERA
                                                City Attorney
9                                               JOANNE HOEPER
                                                Chief Trial Deputy
10                                              MARGARET W. BAUMGARTNER
                                                Deputy City Attorney
11

12                                       By:_____/s/_____
                                             MARGARET W. BAUMGARTNER
13                                           Attorneys for Defendant
                                             CITY AND COUNTY OF SAN FRANCISCO
14

15  Dated:  September 1, 2011                    THE LAW OFFICE OF PAUL R. TURLEY

16                                       By:_____/s/_____
                                             PAUL R. TURLEY
17                                           Attorneys for Plaintiffs
                                             MARCHAND WOMACK and TAI GREER
18

19

20

21                      **ORDER CONSOLIDATING CASES**

22        For good cause it is hereby ORDERED that *Womack v. City and County of San Francisco*,

23  U.S.D.C. Case No. C11-02455 JSW, and *Greer v. City and County of San Francisco*, U.S.D.C. Case

24  No. C11-02457 JSW be consolidated for all purposes. All filings shall be made in the low-numbered consolidated matter, C 11-02455 JSW.

25  Dated: _____September 1, 2011_____

26                                           _____
                                             HONORABLE JEFFREY S. WHITE
27                                           UNITED STATES DISTRICT COURT

28

Stip and Order re Consolidation                   2              n:\lit\li2011\111356\00722054.doc
Womack/Greer, Case Nos. C11-02457 & -02455 JSW