United States District Court
For the Northern District of California

1

2              IN THE UNITED STATES DISTRICT COURT

3            FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    WOMACK, et al.,
                                          No. CV11-02455 JSW
6              Plaintiff,                  (CONSOLIDATED with C-11-2457JSW)

7    v.
                                          **CONSOLIDATED ORDER**
8    CITY AND COUNTY OF SAN                **SCHEDULING TRIAL AND**
     FRANCISCO,                            **PRETRIAL MATTERS**
9

10             Defendant.
                                        /
11

12        Following the Case Management Conference, IT IS HEREBY ORDERED that the Case

13   Management Statement is adopted, except as expressly modified by this Order.  It is further

14   ORDERED that:

15        **A.    CONSOLIDATED DATES:**

16   Jury Trial Date: 9/10/2012, at 8:00 a.m., 7 day estimate

17   Pretrial Conference:  Monday, 8/20/2012, at 2:00 p.m.

18   Last Day to Hear Dispositive Motions:  Friday, 6/22/2012, 9:00 a.m.

19   Last Day for Expert Discovery:  7/20/2012

20   Close of Non-expert Discovery: 5/11/2012

21

22        **B.    DISCOVERY**

23        The parties are reminded that a failure voluntarily to disclose information pursuant to

24   Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses

25   pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of

26   non-expert discovery, lead counsel for each party shall serve and file a certification that all

27   supplementation has been completed.

28

**United States District Court**
For the Northern District of California

**C.      ALTERNATIVE DISPUTE RESOLUTION**

This matter is referred for assignment to a Magistrate Judge to conduct a settlement conference to be completed by December 27, 2011.  Counsel will be contacted by that judge's chambers with a date and time for the conference.

**D.      PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by written order of this court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b) without a showing of very good cause.  If the modification sought is an extension of a deadline contained herein, the motion must be brought before expiration of that deadline.  The parties may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk.  The only discovery schedule that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are specifically set by the court may not be altered by stipulation; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated:  September 6, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2