1  DENNIS ROBERTS (SBN 36651)
   PAUL RAYMOND TURLEY (SBN 177777)
2  Dennis Roberts, APC
   370 Grand Avenue
3  Oakland, California 94610
   510-465-6363 Fax 510-465-7375
4
   Attorneys for Plaintiffs
5  WOMACK / GREER

6              UNITED STATES DISTRICT COURT,

7              NORTHERN DISTRICT OF CALIFORNIA

8  WOMACK, et al.                    )   No: C11-02455 JSW
                                      )   (Consolidated with C11-2457JSW)
9              PLAINTIFF              )
                                      )
10 v.                                 )
                                      )   STIPULATION AND ORDER
                                      )   TO ALLOW FILING OF FIRST
11 CITY AND COUNTY OF SAN FRANCISCO,  )   AMENDED COMPLAINTS
                                      )
12             DEFENDANTS.            )
                                      )   JURY TRIAL DEMANDED:
13                                        TRIAL DATE: SEPT. 10, 2012

14                         **STIPULATION**

15     The City and County of San Francisco stipulates that it does not object to Plaintiff's filing

16 of the First Amended Complaints to add the names of Doe defendants. By so stipulating, the

17 City does not intend to waive any other right, including the right to assert that the complaint fails

18 to state a claim against any defendant.

19
   October 27, 2011
20                                          _____
                                            DENNIS ROBERTS, APC
                                            Paul Turley, Attorney for Womack / Greer
21

22 October 27, 2011
                                            _____
23                                          Margaret Baumgartner, Deputy
                                            City Attorney for San Francisco

24                           **ORDER**
       As stipulated by the parties, it is hereby ordered that the attached First Amended
25
   Complaints be filed with the Court.
26

27 Date: October 28, 2011
                                            _____
28                                          JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE