DENNIS ROBERTS (SBN 36651)
PAUL RAYMOND TURLEY (SBN 177777)
Dennis Roberts, APC
370 Grand Avenue
Oakland, California 94610
510-465-6363 Fax 510-465-7375

Attorneys for Plaintiffs
WOMACK / GREER

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOMACK, et al.<br><br>PLAINTIFF<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>DEFENDANTS. | No: C11-02455 JSW<br>(Consolidated with C11-2457JSW)<br><br>STIPULATION AND ORDER TO ALLOW FILING OF FIRST AMENDED COMPLAINTS<br><br>JURY TRIAL DEMANDED:<br>TRIAL DATE: SEPT. 10, 2012 |

### STIPULATION

The City and County of San Francisco stipulates that it does not object to Plaintiff's filing of the First Amended Complaints to add the names of Doe defendants. By so stipulating, the City does not intend to waive any other right, including the right to assert that the complaint fails to state a claim against any defendant.

October 27, 2011

DENNIS ROBERTS, APC
Paul Turley, Attorney for Womack / Greer

October 27, 2011

Margaret Baumgartner, Deputy
City Attorney for San Francisco

### ORDER

As stipulated by the parties, it is hereby ordered that the attached First Amended Complaints be filed with the Court.

Date: October 28, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE