1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | MARGARET W. BAUMGARTNER, State Bar #151762
BRADLEY A. RUSSI, State Bar #256993
4 | Deputy City Attorneys
Fox Plaza
5 | 1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
6 | Telephone:     (415) 554-3859
Facsimile:      (415) 554-3837
7 | E-Mail:         margaret.baumgartner@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHAND WOMACK,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, and Does 1 to 20, inclusive,<br><br>    Defendants. | Case No. C11-02455 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TAKING SETTLEMENT CONFERENCE OFF CALENDAR** |
| TAI GREER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT,<br><br>    Defendants. | Case No. C11-02455 JSW |

///

///

///

Stip and Order re Set. Conf.               1                    e:\persinj\pre lit\womack - grier\womackstip.doc
Womack/Greer, Case Nos. C11-02457 & -02455 JSW

The parties, through their counsel of record, hereby stipulate that the settlement conference in *Womack v. City and County of San Francisco*, U.S.D.C. Case No. C11-02455 JSW, and *Greer v. City and County of San Francisco*, U.S.D.C. Case No. C11-02457 JSW, be taken off calendar. One of the officers involved in this matter is currently incapacitated, and has been unable to appear for deposition. The parties wish to wait for approximately 30 days, and then call the court for rescheduling.

SO STIPULATED.

Dated: September 1, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
MARGARET W. BAUMGARTNER
Deputy City Attorney

By: _____/s/_____
MARGARET W. BAUMGARTNER
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: September 1, 2011

THE LAW OFFICE OF PAUL R. TURLEY

By: _____/s/_____
PAUL R. TURLEY
Attorneys for Plaintiffs
MARCHAND WOMACK and TAI GREER

**ORDER TAKING SETTLEMENT CONFERENCE OFF CALENDAR**

For good cause it is hereby ORDERED that the settlement conference in *Womack v. City and County of San Francisco*, U.S.D.C. Case No. C11-02455 JSW, and *Greer v. City and County of San Francisco*, U.S.D.C. Case No. C11-02457 JSW be taken off calendar. Within 30 days, the parties shall call the court to reschedule.

Dated: November 29, 2011

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT