1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
3   MARGARET W. BAUMGARTNER, State Bar #151762
    BRADLEY A. RUSSI, State Bar #256993
4   Deputy City Attorneys
    Fox Plaza
5   1390 Market Street, Sixth Floor
    San Francisco, California 94102-5408
6   Telephone:     (415) 554-3859
    Facsimile:     (415) 554-3837
7   E-Mail:        margaret.baumgartner@sfgov.org

8
    Attorneys for Defendant
9   CITY AND COUNTY OF SAN FRANCISCO

10

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13
    MARCHAND WOMACK,                          Case No. C11-02455 JSW
14
            Plaintiff,                        **STIPULATION AND [PROPOSED] ORDER
15                                            TAKING SETTLEMENT CONFERENCE OFF
            vs.                               CALENDAR**
16
    CITY AND COUNTY OF SAN
17  FRANCISCO, SAN FRANCISCO POLICE
    DEPARTMENT, and Does 1 to 20, inclusive,
18
            Defendants.
19
    TAI GREER,                                Case No. C11-02455 JSW
20
            Plaintiff,
21
            vs.
22
    CITY AND COUNTY OF SAN
23  FRANCISCO, SAN FRANCISCO POLICE
    DEPARTMENT,
24
            Defendants.
25

26  ///

27  ///

28  ///

Stip and Order re Set. Conf.                    1              e:\persinj\pre lit\womack - grier\womackstip.doc
Womack/Greer, Case Nos. C11-02457 & -02455 JSW

1    The parties, through their counsel of record, hereby stipulate that the settlement conference in

2 *Womack v. City and County of San Francisco*, U.S.D.C. Case No. C11-02455 JSW, and *Greer v. City*

3 *and County of San Francisco*, U.S.D.C. Case No. C11-02457 JSW, be taken off calendar.  One of the

4 officers involved in this matter is currently incapacitated, and has been unable to appear for deposition.

5 The parties wish to wait for approximately 30 days, and then call the court for rescheduling.

6        SO STIPULATED.

7 Dated:  September 1, 2011                     DENNIS J. HERRERA
                                              City Attorney
8                                             JOANNE HOEPER
                                              Chief Trial Deputy
9                                             MARGARET W. BAUMGARTNER
                                              Deputy City Attorney
10

11                                   By:                  */s/*
                                            MARGARET W. BAUMGARTNER
12                                          Attorneys for Defendant
                                            CITY AND COUNTY OF SAN FRANCISCO
13

14 Dated:  September 1, 2011                     THE LAW OFFICE OF PAUL R. TURLEY

15                                   By:                  */s/*
                                            PAUL R. TURLEY
16                                          Attorneys for Plaintiffs
                                            MARCHAND WOMACK and TAI GREER
17

18

19             **ORDER TAKING SETTLEMENT CONFERENCE OFF CALENDAR**

20        For good cause it is hereby ORDERED that the settlement conference in *Womack v. City and*

21 *County of San Francisco*, U.S.D.C. Case No. C11-02455 JSW, and *Greer v. City and County of San*

22 *Francisco*, U.S.D.C. Case No. C11-02457 JSW be taken off calendar.  Within 30 days, the parties

23 shall call the court to reschedule.

24 Dated:  November 29, 2011 ___              _____
25                                           HONORABLE MARIA-ELENA JAMES
                                            UNITED STATES DISTRICT COURT
26

27

28

Stip and Order re Set. Conf.                         2              e:\persinj\pre lit\womack - grier\womackstip.doc
Womack/Greer, Case Nos. C11-02457 & -02455 JSW