1  DENNIS ROBERTS (SBN 36651)
   PAUL RAYMOND TURLEY (SBN 177777)
2  Dennis Roberts, APC
   370 Grand Avenue
3  Oakland, California 94610
   510-465-6363 Fax 510-465-7375
4
   Attorneys for Plaintiffs
5  WOMACK / GREER

6
                        UNITED STATES DISTRICT COURT
7
                       NORTHERN DISTRICT OF CALIFORNIA
8

9  WOMACK, et al.                    )   No: C11-02455 JSW
                                     )   (Consolidated with C11-02457 JSW)
10              PLAINTIFF            )
                                     )   STIPULATION AND [PROPOSED] ORDER
11 v.                                )   RESCHEDULING SETTLEMENT
                                     )   CONFERENCE TO JANUARY 31, 2012
12 CITY AND COUNTY OF                )   AT 10:00 A.M.
   SAN FRANCISCO, et al.             )
13                                   )
                DEFENDANTS.          )
14 _____ )   **JURY TRIAL DEMANDED**

15
        The parties, through counsel, hereby stipulate to continue the settlement conference in
16
   Womack v. City and County of San Francisco, Case Number C11-02455, and the consolidated
17
   matter Greer v. City and County of San Francisco, Case Number C11-02457 to January 31, 2012
18
   at 10:00 A.M..
19
        SO STIPULATED.
20

21
   November 30, 2011                         /s/ PAUL TURLEY
22                                           Paul Turley, Attorney for Womack / Greer
                                             DENNIS ROBERTS, APC
23

24

25
   November 30, 2011                         /s/ MARGARET BAUMGARTNER
26                                           Margaret Baumgartner, Deputy
                                             City Attorney for San Francisco
27
   / / /
28

   Stipulation and [Proposed] Order                    C11-02455 JSW (Consolidated
   Rescheduling Settlement Conference                  with C11-02457 JSW)

1  **ORDER RESCHEDULING SETTLEMENT CONFERENCE**

2      Pursuant to stipulation, it is hereby ORDERED that the settlement conference shall be

3  rescheduled to January 31, 2012, at 10:00 am.

4

5  Dated: _December 1, 2011_____

                                             HONORABLE MARIA-ELANA JAMES
                                             UNITED STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order                                           C11-02455 JSW (Consolidated
Rescheduling Settlement Conference                                       with C11-02457 JSW)