1 DENNIS J. HERRERA, State Bar #139669
City Attorney
2 JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 MARGARET W. BAUMGARTNER, State Bar #151762
BRADLEY A. RUSSI, State Bar #256993
4 Deputy City Attorneys
Fox Plaza
5 1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
6 Telephone:     (415) 554-3859
Facsimile:      (415) 554-3837
7 E-Mail:          margaret.baumgartner@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHAND WOMACK,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, and Does 1 to 20, inclusive,<br><br>       Defendants. | Case No. C11-02455 JSW<br><br>**STIPULATION MODIFYING SCHEDULING ORDER TO RESET DATE FOR DISPOSITIVE MOTIONS AND REQUEST FOR CASE MANAGEMENT CONFERENCE; [Proposed] ORDER**<br><br>Trial Date:            September 10, 2012 |
| TAI GREER,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT,<br><br>       Defendants. | Case No. C11-02457 JSW |

1   WHEREAS on September 6, 2011, the Court issued a scheduling order setting the discovery
2   cut off date in this matter for May 11, 2012;
3   WHEREAS in the same order the Court set a dispositive motion hearing date of June 22, 2012,
4   thus making the motion papers due no later than May 18, 2012;
5   WHEREAS, Plaintiff has conducted no discovery to date;
6   WHEREAS, Defendant believes it has no liability in this case;
7   WHEREAS, Plaintiffs are represented by two counsel, Dennis Roberts and Paul Turley;
8   WHEREAS, Dennis Roberts has indicated that Paul Turley is the attorney primarily
9   responsible for this case, that Mr. Roberts wishes to withdraw, and that defense counsel must
10  communicate with Mr. Turley regarding a dismissal;
11  WHEREAS, when Defendant's counsel telephones Mr. Turley, she receives a message that the
12  voicemail is full;
13  WHEREAS, Defendant's counsel has sent numerous e-mail messages to Mr. Turley to attempt
14  to discuss this matter, but has received no response from Mr. Turley;
15  WHEREAS; Defendant's counsel wishes to avoid an unnecssary motion for summary
16  judgment, and a motion for sanctions for being required to file such a motion;
17  WHEREAS, Defense counsel and Mr. Roberts believe that the continuing the date for the
18  dispositive motion may provide sufficient time to avoid the need for the motion and a motion for
19  sanctions;
20  WHEREAS, the trial date in this matter is September 10, 2012, and a 21 day continuance for
21  the dispositive hearing motion date will not create a need to delay the trial;
22  WHEREAS, both parties request a case management conference to discuss with the court the
23  status of this matter;
24
25
26
27
28

1     NOW THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

2     1. That the dispositive motion hearing date shall be moved from June 22, 2012 to July 12,

3 2012; and;

4     2. The court shall set a case management conference at the soonest possible time.

5     SO STIPULATED.

6 Dated: May 11, 2012

                              DENNIS J. HERRERA
                              City Attorney
                              JOANNE HOEPER
                              Chief Trial Deputy
                              MARGARET W. BAUMGARTNER
                              Deputy City Attorney


                              By:_____//s//_____
                              MARGARET W. BAUMGARTNER

                              Attorneys for Defendant
                              CITY AND COUNTY OF SAN FRANCISCO

Dated: May 11, 2012 _____

                              DENNIS ROBERTS


                        By: _____//s//_____
                            DENNIS ROBERTS
                            Attorney for Plaintiffs

1 **ORDER**

2 Pursuant to the stipulation of the parties, and on a finding of good cause, the Court hereby

3 modifies its Case Scheduling Order dated September 6, 2011 as follows:

4 Last day to hear dispositive motions: ~~July 21, 2012.~~ July 20, 2012 at 9:00 a.m.

5 Furthermore, the Court orders a Case Management Conference for June 22, 2012 at 1:30 p.m. The

6 parties shall file an updated joint case management statement no later than June 15, 2012.

7 SO ORDERED.

9 Dated: May 21, 2012

12 _____

JUDGE, UNITED STATES DISTRICT COURT