DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:      (415) 554-3837
E-Mail:          margaret.baumgartner@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHAND WOMACK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, and Does 1 to 20, inclusive,<br><br>　　　　Defendants. | Case No. C11-02455 JSW<br><br>**STIPULATION MODIFYING SCHEDULING ORDER TO RESET DATE FOR DISPOSITIVE MOTIONS AND REQUEST FOR CASE MANAGEMENT CONFERENCE; [Proposed] ORDER**<br><br>Trial Date:　　　　September 10, 2012 |
| TAI GREER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT,<br><br>　　　　Defendants. | Case No. C11-02457 JSW |

1     WHEREAS on September 6, 2011, the Court issued a scheduling order setting the discovery

2 cut off date in this matter for May 11, 2012;

3     WHEREAS in the same order the Court set a dispositive motion hearing date of June 22, 2012,

4 thus making the motion papers due no later than May 18, 2012;

5     WHEREAS, Plaintiff has conducted no discovery to date;

6     WHEREAS, Defendant believes it has no liability in this case;

7     WHEREAS, Plaintiffs are represented by two counsel, Dennis Roberts and Paul Turley;

8     WHEREAS, Dennis Roberts has indicated that Paul Turley is the attorney primarily

9 responsible for this case, that Mr. Roberts wishes to withdraw, and that defense counsel must

10 communicate with Mr. Turley regarding a dismissal;

11     WHEREAS, when Defendant's counsel telephones Mr. Turley, she receives a message that the

12 voicemail is full;

13     WHEREAS, Defendant's counsel has sent numerous e-mail messages to Mr. Turley to attempt

14 to discuss this matter, but has received no response from Mr. Turley;

15     WHEREAS; Defendant's counsel wishes to avoid an unnecssary motion for summary

16 judgment, and a motion for sanctions for being required to file such a motion;

17     WHEREAS, Defense counsel and Mr. Roberts believe that the continuing the date for the

18 dispositive motion may provide sufficient time to avoid the need for the motion and a motion for

19 sanctions;

20     WHEREAS, the trial date in this matter is September 10, 2012, and a 21 day continuance for

21 the dispositive hearing motion date will not create a need to delay the trial;

22     WHEREAS, both parties request a case management conference to discuss with the court the

23 status of this matter;

NOW THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. That the dispositive motion hearing date shall be moved from June 22, 2012 to July 12, 2012; and;

2. The court shall set a case management conference at the soonest possible time.

SO STIPULATED.

Dated: May 11, 2012

>DENNIS J. HERRERA
>City Attorney
>JOANNE HOEPER
>Chief Trial Deputy
>MARGARET W. BAUMGARTNER
>Deputy City Attorney
>
>By:_____//s//_____
>MARGARET W. BAUMGARTNER
>
>Attorneys for Defendant
>CITY AND COUNTY OF SAN FRANCISCO

Dated: May 11, 2012 _____

>DENNIS ROBERTS
>
>By: _____//s//_____
>DENNIS ROBERTS
>Attorney for Plaintiffs

**ORDER**

Pursuant to the stipulation of the parties, and on a finding of good cause, the Court hereby modifies its Case Scheduling Order dated September 6, 2011 as follows:

Last day to hear dispositive motions: ~~July 21, 2012.~~ July 20, 2012 at 9:00 a.m.

Furthermore, the Court orders a Case Management Conference for ___June 22, 2012 at 1:30 p.m.___. The parties shall file an updated joint case management statement no later than ___June 15, 2012___.

SO ORDERED.

Dated: May 21, 2012

_____
JUDGE, UNITED STATES DISTRICT COURT