IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCHAND WOMACK and
TAI GREER,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE DEPARTMENT,
and DOES 1-20, inclusive,

    Defendants.
                                 /

No. C 11-02455 JSW
No. C 11-02457 JSW

**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE AND VACATING CASE MANAGEMENT CONFERENCE**

This matter is set for a hearing on July 20, 2012 on Defendants' motion for summary judgment. An opposition was due to be filed by Plaintiffs by no later than June 1, 2012. The Court has received no submission from Plaintiff. The Court also set a case management conference for June 22, 2012 with a joint case management statement due to be filed no later than June 15, 2012. The Court has only received a supplemental statement from Defendants.

Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE in writing no later than June 25, 2012, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order timely shall result in dismissal of this matter without prejudice.

Further, the case management conference set for June 22, 2012 at 1:30 p.m. is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: June 18, 2012

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE