IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHAND WOMACK and<br>TAI GREER,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br>SAN FRANCISCO POLICE DEPARTMENT,<br>and DOES 1-20, inclusive,<br><br>    Defendants.<br>_____/ | No. C 11-02455 JSW<br>No. C 11-02457 JSW<br><br><br>**ORDER OF DISMISSAL** |

On June 18, 2012, this Court issued an order to show cause to Plaintiffs requiring a written response by no later than June 25, 2012, as to this case should not be dismissed for failure to prosecute. The Court admonished that failure to respond to the Order timely shall result in dismissal of this matter without prejudice.

The Court has received no response by Plaintiffs. Accordingly, these related matters are DISMISSED without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 6, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE